UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

NORTONLIFELOCK INC.,

                Defendant.

------------------------------------------------------x

Case No. 1:21-cv-09106-LGS

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 16, 2022

SO ORDERED.

Dated: March 21, 2022
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**MIZRAHI KROUB LLP**

_/s/_

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

|  |  |
|---|---|
| DATED: March 16, 2022 | **MCGLINCHEY STAFFORD, PLLC**<br><br>*/s/ Mikelle V. Bliss*<br>_____<br>Mikelle Vieve Bliss<br>112 West 34th Street<br>Suite 1515<br>New York, NY 10120<br>646-362-4058<br>Email: mbliss@mcglinchey.com<br><br>*Attorney for Defendant* |